UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VIVEK SHAH,

     Plaintiff,

v.                                                     Case No. 2:25-cv-12373-SB-E

PERIDIO, INC.,

     Defendant.

## CORRECTED PLAINTIFF'S RESPONSE TO ORDER TO SHOW CASE RE SUBJECT-MATTER JURISDICTION

"A document filed *pro se* is to be liberally construed and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (cleaned up). "The obligation to construe *pro se* filings liberally means courts must frequently look to the contents of a *pro se* filing rather than its form." *Ross v. Williams*, 950 F.3d 1160, 1173 (9th Cir. 2020). "While the standard is higher, our 'obligation' remains, 'where the petitioner is *pro se*, particularly in civil rights cases, to construe the pleadings liberally and to afford the petitioner the benefit of any doubt.'" *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010) (quoting *Bretz v. Kelman*, 773 F.2d 1026, 1027 n. 1 (9th Cir.1985) (en banc)).

Liberally construed, the Complaint states that there were "numerous" violations with "[s]tatutory damages of $5,000 for each violation" and as such, "the amount in controversy exceeds $75,000." If the Court is of the opinion that these allegations cannot be liberally construed as such or that they are vague or conclusory, then I can add more details in an amended complaint.

1

Because Defendant Peridio, Inc. is a corporation, I do not need to allege the members' citizenship such as an LLC or LP. I believe that the allegation that it "is a Delaware business entity" necessarily means that its incorporated there and assumes that citizenship of Delaware is therefore alleged, without having to use the magic words.[1] If the Court is of the opinion that I need to add the specific words "citizen of Delaware" then I can add that too to an amended complaint.

In sum, I can add:

1) The specific number of counts of the cause of action (which will be at least counts).

2) Add the words that that Defendant is a citizen of Delaware.

3) Add the Defendant's Delaware address for its principal place of business.

4) Anything else the Court believes cannot be liberally construed.

The Court gave me six days to file an amended complaint, so I'm asking the Court to grant me additional time to file an amended complaint if it is still of the opinion that certain words need to be substituted.

Dated: January 13, 2026

Respectfully submitted,
/s/ Vivek Shah
Vivek Shah
1301 N Broadway Ste 32167
Los Angeles, CA 90012
newvivekshah@gmail.com
(224) 246-2874

---

[1] *Rojo v. Bright*, No. 12-CV-02518-VC, 2014 WL 1794376, at *2 (N.D. Cal. May 6, 2014) ("Whether a complaint—particularly a pro  se complaint—states a claim does not depend on whether it includes particular magic words characterizing the elements of that claim."); *Williams v. Thomas*, 692 F.2d 1032, 1040 (5th Cir. 1982) ("Court should not deny attorneys' fees against the governmental entity just because a pro  se plaintiff failed to use the 'magic words 'in his official capacity.'") (citing  *Haines v. Kerner*, 404 U.S. 519, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972)).